50 A.3d 38

IN THE MATTER OF HOWARD L. EGENBERG, AN ATTORNEY
AT LAW (ATTORNEY NO. 006641974).

September 6, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–418, concluding that **HOWARD L. EGENBERG** of **NORTH ARLINGTON,** who was admitted to the bar of this State in 1974, should be reprimanded for violating RPC 1.7(a) (conflict of interest), RPC 4.1(a) (knowingly making a false statement of material fact or law to a third person), and RPC 8.4(c) (conduct-involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **HOWARD L. EGENBERG** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.